**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN ROSS, individually, and on behalf of all others similarly situated, **)** **)** **)** **)** Plaintiff, **)** **)** v. **)** **)** FEDEX CORPORATION, **)** **)** Defendant. **)** **)** | **)** **)** **)** **)** **)** **)** **)** **)** **)** **)** **)** **)** Docket No. <u>1:26-cv-02227</u> |

**NOTICE OF JOINT MOTION TO
TRANSFER VENUE UNDER 28 U.S.C. §1404(a)**

PLEASE TAKE NOTICE that the undersigned attorneys for Plaintiff, Kevin Ross, and Defendant, FedEx Corporation ("FedEx"), in the above-reference matter, will jointly move this Court, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007, on a date and time designated by the Court, for an Order, pursuant to 28 U.S.C. §1404(a), transferring venue of this action to the Western District of Tennessee.  In support, the parties submit their Memorandum of Law in Support of the Motion, and the accompanying Declarations of Sarah Gilbert, Clint Young, Susan Marok, and Mike Lytle, which are being filed contemporaneously.

DATED: April 3, 2026

Respectfully submitted,

By:  */s/ Sarah M. Gilbert*
    Sarah M. Gilbert

CROWELL & MORING LLP
375 Ninth Avenue
New York, NY 10001
(212) 223-4000
sgilbert@crowell.com

*Attorneys for Defendant*
*FedEx Corporation*

By:  */s/ Michael Reese*
    Michael Reese

REESE LLP
100 West 93rd Street
Ste 16th Floor
New York, NY 10025
(212) 594-5300
mreese@reesellp.com

*Attorneys for Plaintiff*
*Kevin Ross*

For the reasons set forth in the parties' joint brief, Dkt. No. 8, the joint motion to transfer to the United States District Court for the Western District of Tennessee pursuant to 28 U.S.C. § 1404(a) is granted. The Clerk of Court is hereby respectfully directed to transfer this action to that district.

SO ORDERED.

_____
Hon. Ronnie Abrams
April 21, 2026